SHELLIE LOTT, SBN: 246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN: 196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone: (503) 889-0472
Facsimile: (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW ROBERT GONZALES,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>    Defendant. | No.  2:15-cv-01771-AC (TEMP)<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE A MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to file a Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of May 26, 2016, by forty-five days, to the new due date of July 11, 2016, **and all other deadlines be extended accordingly**. This extension is requested because the writer will be out for a medical procedure which has been scheduled months ago.

1

| | |
|---|---|
| DATED: April 19, 2016 | BENJAMIN B. WAGNER<br>United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX |
| */s/ Shellie Lott*<br>SHELLIE LOTT,<br>Attorney for Plaintiff | */s/ Ben A. Porter*<br>BEN A. PORTER,<br>(As authorized via E-mail on 04/19/2016)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

### **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

DATED: April 25, 2016

*/s/ Allison Claire*
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2