SHELLIE LOTT, SBN:  246202
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Linda Ziskin, SBN:  196293
Ziskin Law Office
PO Box 753833
Las Vegas, NV 89136
Telephone:  (503) 889-0472
Facsimile:  (888) 889-5776

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATHEW ROBERT GONZALES,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security<br><br>　　　　　Defendant. | No.  2:15-cv-01771-DB<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

　　　IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, with the approval of the Court, that Plaintiff's time to Reply to Defendant's Cross-Motion For Summary Judgment in the above-referenced case is hereby extended from the present due date of August 24, 2016, by fourteen days, to the new due date of September 13, 2016, **and all other deadlines be extended accordingly**.  This extension is requested due to several time-consuming medical appointments during this next couple of weeks.

/////

/////

1

| | |
|---|---|
| DATED:  August 10, 2016 | PHILLIP A. TALBERT<br>Acting United States Attorney<br>DEBORAH LEE STACHEL<br>Acting Regional Chief Counsel, Region IX |
| */s/ Shellie Lott*<br>SHELLIE LOTT,<br>Attorney for Plaintiff | */s/Ben A. Porter*<br>BEN A. PORTER<br>(As authorized via E-mail 8/10/16)<br>Special Assistant U S Attorney<br>Attorneys for Defendant |

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  August 12, 2016

_____
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
Ddb1\orders.soc sec\gonzales1771.stip.eot.ord